IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:01CR3002 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BROOKS BARNES, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against the Brooks Barnes, and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against The 3445 Car Store, is released.

September 26, 2006.                                  BY THE COURT:

                                                     s/ *Richard G. Kopf*
                                                     United States District Judge